```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Fax: (916) 554-2900
 5  MICHAEL A. CABOTAJE
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone: (415) 977-8943
    Fax: (415) 744-0134
 8
    Attorneys for Defendant
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL WADE, | ) CASE NO. 2:06-CV-001168-CMK |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a conflict arising from a recently scheduled mediation and other workload.  The current due date is October 31, 2006.  The new due date will be November 30, 2006.

Stip & Proposed Order Re Ext of D's Time                                Page 1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/s/ Henry Reynolds
(*As authorized on* October 27, 2006)
HENRY REYNOLDS
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By:  /s/ Michael A. Cabotaje
(*As signed on* October 27, 2006)
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney
Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:   October 31, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stip & Proposed Order Re Ext of D's Time                           Page 2