McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: Michael. Cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WADE, | CASE NO. 2:06-CV-001168-CMK |
| Plaintiff, | STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND THREE HUNDRED and 00/100 DOLLARS ($6,300.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA

in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of SIX THOUSAND THREE HUNDRED and 00/100 DOLLARS ($6,300.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

Respectfully submitted,

Dated: March 30, 2007            /s/ Henry Reynolds
                                 (As authorized via *facsimile)
                                 HENRY REYNOLDS
                                 Attorney for Plaintiff

Dated: March 30, 2007            McGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ Michael A. Cabotaje
                                 MICHAEL A. CABOTAJE
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: April 3, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2